MAYER BROWN LLP
RUTH ZADIKANY (SBN 260288)
*rzadikany@mayerbrown.com*
C. MITCHELL HENDY (SBN 2802036)
*mhendy@mayerbrown.com*
350 S. Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendants
CALIBURN INTERNATIONAL, LLC;
COMPREHENSIVE HEALTH SERVICES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GORIS, an individual on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CALIBURN INTERNATIONAL, LLC; COMPREHENSIVE HEALTH SERVICES, LLC; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-6178<br><br>**DECLARATION OF DANIELA WALRATH IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANTS CALIBURN INTERNATIONAL, LLC AND COMPREHENSIVE HEALTH SERVICES, LLC**<br><br>*[Filed concurrently with Notice of Removal]*<br><br>(Los Angeles County Superior Court Case No. 21STCV23929) |

## DECLARATION OF DANIELA WALRATH

I, Daniela Walrath, declare as follows:

1. I am the Senior Vice President Human Resources at Caliburn International, LLC ("Caliburn"). Comprehensive Health Services, LLC ("CHS") is a wholly-owned subsidiary of Caliburn. Through my role at Caliburn, I am familiar with the operations of CHS, as well as the operations of the Long Beach Project (as defined below). I also have access to the records and files of CHS regarding the personnel who worked on the Long Beach Project (as defined below). I have personal knowledge of the facts set forth below and would testify competently thereto if called as a witness. To the extent this declaration is based upon business records, those records are kept in the regular course of business, entries are made on those records in a timely manner by people with knowledge of the information being entered, and it is the regular practice of CHS to maintain such records.

2. Caliburn is now, and ever since the above-referenced action was filed, organized under the laws of the state of Delaware and maintains its headquarters and principal place of business in the state of Virginia.

3. In April of 2021, CHS was selected as a subcontractor with respect to a U.S. Government contract (by the U.S. Department of Health and Human Services ("HHS") relating to the HHS Shelter Care program through HHS's Administration for Children & Families, Office of Refugee Resettlement ("ORR")). I am familiar with CHS' scope of work with respect to the HHS Shelter Care program through ORR, including at the Long Beach Convention Center Emergency Intake Site. Pursuant to the subcontract, CHS provided staffing services for the operation of the Long Beach Convention Center Emergency Intake Site (the "Long Beach Project"). The Long Beach Project commenced on or about April 18, 2021, and is scheduled to end by August 2, 2021. As a result, CHS has been winding down its operations on the Long Beach Project, including the number of individuals working on the project.

In connection with the Long Beach Project, CHS contracted with a number of staffing agencies to provide personnel for the project.

4. I have reviewed records located on CHS' employee records system, which are maintained in the ordinary course of business by CHS.

5. I have reviewed the records regarding the following category of persons: all non-exempt employees who were employed by CHS and performed work on the Long Beach Project, and all non-exempt employees who were hired by the staffing agencies with whom CHS contracted and who worked on the Long Beach Project. The records include the following information about the above-referenced individuals: (1) name, (2) job title, (3) date of hire, and (4) date of termination (if applicable). I also reviewed the SCA hourly rates that CHS paid employees who worked on the Long Beach Project and the amounts paid as cash-in-lieu-of-benefits.

6. CHS employed approximately 470 individuals in nonexempt positions at the Long Beach Project. In addition, CHS contracted with staffing agencies to provide more than 305 additional workers for the Long Beach Project, including Plaintiff. (Jointly, the "Putative Class Members").

7. As of the date of this declaration, the Long Beach Project was operating for approximately 15 weeks. As of the date of this declaration, the Putative Class Members worked an average of approximately 8.18 workweeks per employee at the Long Beach Project.

8. The weighted average hourly rate of pay that was paid to employees who worked at the Long Beach Project was approximately $25.28 per hour. In addition, in accordance with the McNamara-O'Hara Service Contract Act of 1965, CHS paid employees who worked at the Long Beach Project $4.22 per hour as cash-in-lieu-of-benefits for the first 40 hours worked per workweek.

9. As of the date of this declaration, the employment of more than 700 Putative Class Members was terminated, as the Long Beach Project has been winding down.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed this 30th day of July 2021, in the Commonwealth of Virginia.

*Daniela Walrath*
Daniela Walrath