**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Suite 2B
South Pasadena, California 91030
Tel: (626) 808-4357

Attorneys for Plaintiffs
NELSON GORIS and MELISSA VAZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GORIS and MELISSA VAZ, individuals on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CALIBURN INTERNATIONAL, LLC; COMPREHENSIVE HEALTH SERVICES, LLC; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 2:21-cv-6178-GW-E<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: March 31, 2022<br>Time: 8:30 a.m.<br>Location: Courtroom 9D |

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1

**TO THE COURT, DEFENDANT CALIBURN INTERNATIONAL, LLC, DEFENDANT COMPREHENSIVE HEALTH SERVICES, LLC, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 31, 2022 at 8:30 a.m. in Courtroom 9D of the United States District Court for the Central District of California, located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, the Honorable George H. Wu presiding, Plaintiffs Nelson Goris and Melissa Vaz, on behalf of themselves and the proposed settlement class, will and hereby do move for entry of an Order preliminarily approving the terms of the Stipulation of Settlement and Release of Class Action and PAGA Claims, which is submitted concurrently herewith as Exhibit 2 to the Compendium of Evidence, as fair, reasonable, and adequate.

The motion will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: March 2, 2022        HAYES PAWLENKO LLP

                            By:/s/Kye D. Pawlenko
                            Attorneys for Plaintiffs

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**