**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Suite 2B
South Pasadena, California 91030
Tel: (626) 808-4357

Attorneys for Plaintiffs
NELSON GORIS and MELISSA VAZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON GORIS and MELISSA VAZ, individuals on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CALIBURN INTERNATIONAL, LLC; COMPREHENSIVE HEALTH SERVICES, LLC; and DOES 1 to 10 inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-6178-GW-E<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:　　　August 18, 2022<br>Time:　　　8:30 a.m.<br>Location:　 Courtroom 9D |

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

1

**TO THE COURT, DEFENDANT CALIBURN INTERNATIONAL, LLC, DEFENDANT COMPREHENSIVE HEALTH SERVICES, LLC, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 18, 2022 at 8:30 a.m. in Courtroom 9D of the United States District Court for the Central District of California, located at 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012, the Honorable George H. Wu presiding, Plaintiffs Nelson Goris and Melissa Vaz, on behalf of themselves and the proposed settlement class, will and hereby do move for entry of the [Proposed] Order and Judgment Granting Final Approval of Class Action Settlement lodged concurrently herewith.

The motion will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: July 21, 2022    HAYES PAWLENKO LLP

By:/s/Kye D. Pawlenko
Attorneys for Plaintiffs

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**